1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  DAVID J. WARD (CSBN 239504)
   Special Assistant United States Attorney
5
       450 Golden Gate Avenue, 11th Floor
6      San Francisco, California 94102
       Telephone: (415) 436-7129
7      Facsimile: (415) 436-7234
       E-mail: david.ward2@usdoj.gov
8
   Attorneys for Plaintiff
9                                    UNITED STATES DISTRICT COURT

10                                  NORTHERN DISTRICT OF CALIFORNIA

11                                         SAN FRANCISCO DIVISION

12
   UNITED STATES OF AMERICA,            )   No. CR 09-1001 MMC
13                                      )
           Plaintiff,                   )   STIPULATION AND [PROPOSED]
14                                      )   INTERIM PROTECTIVE ORDER RE:
                                        )   DISCOVERY OF FINANCIAL ACCOUNT
       v.                               )   AND IDENTITY INFORMATION AS TO
15                                      )   DEFENDANT KENT WU
   DAVID CHAN and                       )
16 KENT WU,                             )
                                        )
17                                      )
           Defendants.                  )
18  _____ )

19         Defendant Kent Wu ("defendant") is charged in this case with Conspiracy to Commit

20 Bank Fraud, in violation of 18 U.S.C. § 1349 and Bank Fraud, in violation of 18 U.S.C. § 1344.

21         The United States will produce to counsel for the defendant discovery consisting of

22 business records, bank and credit card records, law enforcement reports, bank investigation

23 reports, digital media, and other records and documents. This discovery includes bank account,

24 credit card account, and personal identity information. Because of the substantial amount of

25 financial account and personal identity information to be produced, and pursuant to Federal Rule

26 of Criminal Procedure 16(d), the parties stipulate, and the Court orders, that disclosure of these

27 materials shall be subject to the following restrictions:

28 //

STIPULATION AND [PROPOSED] INTERIM
PROTECTIVE ORDER [CR 09-1001 MMC]

1. Except when being actively examined for the purpose of the preparation of the defense of the defendant, all discovery containing financial account and personal identity information produced by the United States to counsel for he defendant shall be maintained in an area that is accessible only to defense counsel or other attorneys and employees of their law offices. Defense counsel shall not permit any person access of any kind to the discovery except as set forth below.

2. The following individuals may examine the discovery for the purpose of preparing the defense of the defendant:

    a) Counsel for defendant Kent Wu, and any other attorneys, paralegals, or investigators in such counsel's law offices;

    b) The defendant Kent Wu, but only in the presence of his attorneys; and

    c) Any outside expert retained by the defendant to analyze the discovery in this matter.

3. A copy of this Order shall be maintained with the discovery at all times.

4. No other person may examine the discovery without further court order.

5. Any pleadings that include financial account information or identity information shall be filed under seal.

6. Within 30 days of the judgment and sentencing hearing in this matter, or within 30 days of any other resolution of the case, all material provided to defense counsel pursuant to this Order, and all other authorized copies, if any, shall be returned to the United States. The United States shall destroy them. If an appeal is noticed and defense counsel continues to represent the defendant on appeal, defense counsel may continue to retain possession of the materials according to the terms of this Order until the conclusion of the matter in the

//
//
//
//
//

Court of Appeals.

SO STIPULATED:

DATED: November 17 2009

_____
BRIAN GETZ
Attorney for Defendant Kent Wu


JOSEPH P. RUSSONIELLO
United States Attorney

DATED: November 19, 2009

_____
DAVID J. WARD
Special Assistant United States Attorney


IT IS ORDERED, with the exception that with respect to Paragraph 5, all parties seeking to file under seal shall comply with Rule 79-5 of the Civil Local Rules of this District.

DATED: December 1, 2009

_____
MAXINE M. CHESNEY
United States District Judge