1  Brian H Getz (CSBN 85593)
   Law Office of Brian H Getz
2  44 Montgomery Street, Suite 3850
3  San Francisco, California 94104
   Telephone: (415) 912-5886
4  Facsimile:  (415) 438-2655
5  E-Mail:     bhgetz@pacbell.net

6  Attorney for Defendant
   KENT WU
7

8

9
                    UNITED STATE DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11
                    SAN FRANCISCO DIVISION
12

13

14 | UNITED STATES OF AMERICA,        | Case No. CR 09-1001 MMC

15 |       Plaintiff,

16 |       v.                          | [PROPOSED] ORDER VACATING
                                        TRIAL DATE AND RESETTING
17 | KENT WU,                           RELATED HEARINGS RELATED DATES;
                                        SETTING STATUS CONFERENCE
18 |       Defendant.

19

20

21

22     Presently before The Court is a Stipulation by the parties which would vacate the trial and
23 pretrial conference date as well as the date to conclude discovery exchange.
24     Having reviewed the Stipulation, The Court finds good cause to vacate the trial date of
25 January 11, 2010 and the related dates.  The Parties shall appear before The Court on the
                                    at 2:30 p.m.
26  27th  day of January 2010 to reset future dates.

27

28

1    Time between December 17 and the next court date shall be excluded pursuant to Title 18
2    U.S.C. 3161 (h) (7) (B) (iv).  The failure to continue the case would deny counsel for the
3    defendant the reasonable time necessary for effective preparation.

IT IS SO ORDERED

Dated: December 17, 2009                                    _____
                                                         HONORABLE MAXINE M. CHESNEY
                                                          United States District Judge