1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CSBN 163973)
   Chief, Criminal Division
4
   DAVID J. WARD (CSBN 239504)
   Special Assistant United States Attorney
5
      450 Golden Gate Avenue, 11th Floor
6     San Francisco, California 94102
      Telephone: (415) 436-7129
7     Facsimile: (415) 436-7234
      E-mail: david.ward2@usdoj.gov
8
   Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 09-1001 MMC |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER VACATING AND RESETTING STATUS CONFERENCE DATE |
| v. ) | |
| DAVID CHAN and KENT WU, ) | |
| Defendants. ) | |

The parties to this matter are scheduled to appear before this Court on January 27, 2010, for a status conference.  The parties respectfully request that the Court vacate the status conference set for January 27, 2010, and order the parties to appear before this Court on February 24, 2010, at 2:30 for a status hearing in order to give defense counsel additional time to review discovery and prepare for trial.

The parties respectfully request that the Court exclude time between January 27, 2010 and February 24, 2010 under 18 U.S.C. §3161(h)(7)(B)(iv) for effective preparation of counsel.

//

//

STIPULATION AND [PROPOSED] ORDER
RESETTING STATUS CONFERENCE
DATE[CR 09-1001 MMC]

1  SO STIPULATED:

2  DATED:  January 22, 2010                         /s/
                                           ─────────────────────────────
3                                          BRIAN GETZ
                                           Attorney for Defendant Kent Wu

4

5                                          JOSEPH P. RUSSONIELLO
                                           United States Attorney
6

7  DATED: January 22, 2010                          /s/
                                           ─────────────────────────────
                                           DAVID J. WARD
8                                          Special Assistant United States Attorney

9

10     Based on the foregoing, the Court finds good cause to vacate the status conference set for

11  January 27, 2010, and orders the parties to appear on February 24, 2010 at 2:30 p.m.  Time

12  between January 27, 2010 and February 24, 2010, is hereby excluded under 18 U.S.C.

13  3161(h)(7)(B)(iv).

14

15  IT IS SO ORDERED.

16

17  DATED:    January 25, 2010              ─────────────────────────────
                                           MAXINE M. CHESNEY
18                                          United States District Judge

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
RESETTING STATUS CONFERENCE
DATE[CR 09-1001 MMC]                       -2-