UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.  CR 09-0824 MMC |
| Plaintiff, ) | [PROPOSED] PRELIMINARY ORDER OF FORFEITURE |
| v. ) | |
| PETER CHAN, ) | |
| Defendant. ) | |

Having considered the application for a preliminary order of forfeiture filed by the United States and the defendant's plea of guilty on April 7, 2010, wherein the defendant admitted to the forfeiture allegation, and good cause appearing,

IT IS HEREBY ORDERED that the following property is forfeited to the United States:

1. $41,707.00 in United States Currency which was seized from the residence located at 309 Cordova Street, San Francisco, CA;

pursuant to Title 18, United States Code, Section 982(a)(2)(A).

IT IS FURTHER ORDERED that the United States, through its appropriate agency, shall seize the forfeited property forthwith and publish on www.forfeiture.gov, a government website for at least thirty days, notice of this Order, notice of the government's intent to dispose of the property in such manner as the Attorney General may direct and provide notice that any person,

other than the defendant, having or claiming a legal interest in the property must file a petition with the Court and serve a copy on government counsel within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

     IT IS FURTHER ORDERED that, pursuant to Rule 32.2(c)(1)(B), of the Federal Criminal Rules of Procedure, that the United States may take discovery as to any third party claim which is filed.

     IT IS FURTHER ORDERED that, pursuant to Rule 32.2(b)(3) of the Federal Criminal Rules of Procedure, this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

     IT IS SO ORDERED this  11th  day of  June         2010.



MAXINE M. CHESNEY
United States District Judge