UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KENT WU,<br><br>　　　　　Defendant. | Case No.  CR 09-1001 MMC<br><br>[PROPOSED] FINAL ORDER OF FORFEITURE |

On June 11, 2010, the Court entered a Preliminary Order of Forfeiture forfeiting the following property,

- $36,590.13 IN United States Currency which was seized from the residence located at 2340 20th Avenue, San Francisco, CA

pursuant to Title 18, United States Code, Section 982(a)(2)(A).

The United States represents that it has complied with the publication and notice requirements of the Preliminary Order and that no petitions have been filed.

THEREFORE, it is ordered that the above-described property shall be forfeited to the United States, pursuant to Title 18, United States Code, Section 982(a)(2)(A).  All right, title, and interest in said property is vested in the United States of America.  The appropriate federal agency shall dispose of the forfeited property according to law.

Dated:  March 30, 2011

HONORABLE MAXINE M. CHESNEY
United States District Judge